THOMPSON *v.* NEWHOUSE.

[No. 20,446. Filed November 15, 1965.]

*Dowden, Denny, Caughran & Lowe,* and *William S. Hall,* of Indianapolis, for appellant.

*John C. Ruckelshaus,* of Indianapolis, for appellee.

ON MOTION TO DISMISS

BIERLY, C. J.—On November 5, 1965, appellant, by William S. Hall, attorney, of the firm of Dowden, Denny, Caughran & Lowe, filed a verified motion entitled "APPELLANT'S MOTION TO DISMISS APPEAL," alleging therein that this court extended the time to file transcript and assignment of errors to and including November 8, 1965; that appellant does not desire to perfect his appeal; that information has been furnished by the attorney for the appellee that no cross assignment of errors has been or will be filed.

Appellee, by his attorney, John C. Ruckelshaus, filed an acknowledgment of service of "Appellant's Motion to Dismiss Appeal" and, also, waived any objections thereto;

And the court, having examined said motion and proof of service and waiver by appellee, and being duly advised in the premises, finds that said motion should be sustained;

And the court now dismisses said cause of action, with costs to be taxed against the appellant.

Cause of action dismissed; costs taxed against appellant.

NOTE.—Reported in 211 N. E. 2d 512.